IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

UNITED STATES OF AMERICA,

v.  CRIMINAL ACTION NO. 2:19-cr-00273

YVONNE DOZIER,

MEMORANDUM OPINION AND ORDER

Pending before the court is the defendant's Motion for an Extension of U.S. Marshal's Self-Report Date and Alternative Motion to Impose Immediate Home Incarceration. [ECF No. 23]. The defendant's self-report date was moved from May 4, 2020 to July 7, 2020. Accordingly, I **DENY** the motion as **MOOT**.

The court **DIRECTS** the Clerk to send a copy of this Order to the defendant and counsel, the United States Attorney, the United States Probation Office, and the United States Marshal.

ENTER:   April 29, 2020

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE